IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CIVIL NO: C-1-00-348
                                  : JUDGE WEBER

**AMY D. GLANCY,**

      **Defendant.**

## SATISFACTION OF JUDGMENT

    The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                            Respectfully submitted,

                                           GREGORY G. LOCKHART
                                           United States Attorney

                                           s/ Deborah F. Sanders
                                           DEBORAH F. SANDERS (0043575)
                                           Assistant United States Attorney
                                           303 Marconi Blvd, Suite 200
                                           Columbus, Ohio 43215
                                           (614) 469-5715

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ___6th____ day of ____December_____, 2005 upon Defendant, Amy D. Glancy, 54 Landis Circle, Hamilton, OH 45013.

      s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\Glancy - Sat of Judg.wpd